UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JACOB HOWARD, for himself and on behalf of all others similarly situated,

    Plaintiff-Appellant,

v.

REPUBLICAN NATIONAL COMMITTEE, a Political Action Committee,

    Defendant-Appellee.

No. 23-3826

D.C. No. 2:23-cv-00993-SPL
District of Arizona,
Phoenix

ORDER

Before: RAWLINSON and COLLINS, Circuit Judges, and FITZWATER, District Judge.[*]

Judge Collins has voted to deny Appellant's petition for rehearing en banc, and Judge Fitzwater so recommends. Judge Rawlinson has voted to grant the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge requested a vote on whether to rehear the matter en banc. *See* FED. R. APP. P. 40. The petition for rehearing en banc, filed January 27, 2026, (Dkt. 43) is DENIED.

---

[*] The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.